2:25
2:28

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

October 17, 2003

2:00pm

CASE NO. **02cv1751(MRK)**  ()  **Darer v. Wrobleski et al**

✓ Alberto N. Moris           Rucci, Burnham, Carta & Edelberg
                             30 Old Kings Highway South
                             P.O. Box 1107
                             Darien, CT 06820
                             203-899-3300

Mark R. Carta                Rucci, Burnham, Carta & Edelberg
                             30 Old Kings Highway South
                             P.O. Box 1107
                             Darien, CT 06820
                             203-899-3300

Daniel M. Young              Wofsey, Rosen, Kweskin & Kuriansky
                             600 Summer St.
                             Stamford, CT 06901
                             203-327-2300

✓ Steven M. Frederick        Wofsey, Rosen, Kweskin & Kuriansky
                             600 Summer St.
                             Stamford, CT 06901
                             203-327-2300

Ling Wang                    17 Quarry Run
                             Wallingford, CT 06492
                             PRO SE

                                          BY ORDER OF THE COURT
                                          KEVIN F. ROWE, CLERK