UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 28  2 47 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JOHN D. DARER and 4STRUCTURES.COM,
LLC d/b/a Summit Settlement Services,
          Plaintiffs

VS.

CIVIL ACTION NO.
302 CV 1751 (MRK)

LING WANG AND MARY WROBLESKI,
          Defendants

October 9, 2003

## MOTION FOR EXTENSION OF TIME TO PLEAD

Pursuant to Local Rule 9(b) of the United States District Court for the District of Connecticut, the Defendant, Ling Wang, respectfully moves this Court for an extension of time of thirty (30) days, up to and including November 7, 2003, in which to file a responsive to pleading to the Plaintiff's Amended Verified Complaint. The Defendant has been in active contact with the Plaintiff and Plaintiff's lawyer regarding the settlement. The Defendant requires additional time to continue the process with the Plaintiff and Plaintiff's lawyer.

Plaintiff's counsel, Alberto N. Moris, has no objection to the granting of this motion.

_____
**Signature**

Ling Wang,        Pro-se
_____
**Print Name**

17 Quarry Run
_____

Wallingford, CT 06492
_____
**Address**

203-715-6512
_____
**Telephone Number**

## Certification of Service

This is to certify that a copy of the foregoing has been mailed, via first class mail, this 27th day of October, 2003 to:

Alberto Moris, Esq.
Hayden Brainard, Esq.
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Hightway South
Darien, CT 06280

_____
Ling Wang