UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN D. DARER and | : | |
| 4STRUCTURES.COM, LLC d/b/a | : | NO. 3:02CV1751(MRK) |
| Summit Settlement Services | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| LING WANG and MARY WROBLESKI | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Defendant Ling Wang's Motion For Extension Of Time To Plead (Doc. #41), dated October 9, 2003, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: October 29, 2003.