## Daniel Young

| | |
|---|---|
| **From:** | Ling Wang [lingwang_x@yahoo.com] |
| **Sent:** | Thursday, October 23, 2003 6:50 PM |
| **To:** | Daniel Young |
| **Subject:** | Re: your 2nd deposition |

Dan,

As I told you on the phone, I absolutely DO NOT
voluntarily want to sit in for another deposition
UNLESS it is REQUIRED by the court.

Thanks.

Ling

--- Daniel Young <dyoung@wrkk.com> wrote:
> Dr. Wang:
>
> We received a motion from John Darer's attorneys
> requesting from the Court permission to depose you
> on an additional date.  Your first deposition began
> on May 2, 2003 and was concluded on June 11, 2003,
> and this second motion is the plaintiffs' request to
> conduct a second deposition.  As you know, absent
> permission from the Court, the plaintiffs are not
> entitled to conduct a second deposition of you.
>
> In the plaintiffs' motion, they state that you do
> not oppose this motion and that you are voluntarily
> willing to sit for another deposition.  Please
> confirm by responding to this e-mail your position
> as to whether or not you oppose the plaintiffs'
> request to conduct a second deposition of you.  I
> understand that you will sit for a second deposition
> if the Court requires that you do so, but I am
> asking whether you in general object to sitting for
> another deposition.
>
> Thank you,
> Daniel Young
>
>
>
>
>
> > Daniel M. Young, Esq.
> > Wofsey, Rosen, Kweskin & Kuriansky, LLP
> > 600 Summer Street
> > Stamford, CT  06901
> > tel: 203-327-2300
> > fax: 203-967-9273
> >
> *****************************************
>
> This communication and any documents attached or
> other information transmitted contains private and
> confidential information which is intended only for
> the use of the addressee.  It may also contain
> information that is protected by the attorney-client
> privilege or the work product doctrine. Any review,
> retransmission, dissemination, copying, or other use
> of, or taking of any action in reliance upon, this

1

> information by persons or entities other than the
> intended recipient or distribution of this
> communication by persons other than the addressee is
> prohibited.  If you have received this communication
> in error, please delete the material from any
> computer, and notify the sender immediately by
> returning the original message to the sender.
>

---
Do you Yahoo!?
The New Yahoo! Shopping - with improved product search
http://shopping.yahoo.com

2