UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN D. DARER and<br>4STRUCTURES.COM, LLC d/b/a<br>Summit Settlement Services<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LING WANG and MARY WROBLESKI<br><br>　　　　　Defendants. | :<br>:　　NO. 3:02CV1751(MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

　　　　This case is referred to Magistrate Judge Joan G. Margolis for the following purposes:

____　　All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____　　A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

　X　　To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____　　A ruling on the following motions which are currently pending: (orefm.)
　　　　Doc#

____　　A settlement conference (orefmisc./cnf.)

____　　A conference to discuss the following: (orefmisc./cnf.)

____　　Other: (orefmisc./misc)


SO ORDERED this   13th   day of   November  ,   2003   at New Haven, Connecticut.


　　　　　　　　　/s/　_____Mark R. Kravitz_____
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE