UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 12  3 08 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

---

JOHN D. DARER and 4STRUCTURES.COM, :
LLC d/b/a Summit Settlement Services, :
      Plaintiffs :
        :
VS. : CIVIL ACTION NO.
        : 302 CV 1751 (MRK)
        :
LING WANG AND MARY WROBLESKI, :
      Defendants : November 10, 2003

---

### DEFENDANT WANG'S ANSWER TO AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTER CLAIM

Defendant Ling Wang, PRO-SE, hereby responds to the Amended Complaint of John D. Darer and 4Structures.com, LLC d/b/a Summit Settlement Services dated August 29, 2003, as follows:

1. Defendant Wang denies the allegations contained in Paragraph 1.

2. Defendant Wang denies the allegations contained in Paragraph 2.

### JURISDITION

3. Paragraph 3 contains a conclusion of law as to which defendant Wang is not required to plead.

### VENUE

4. Paragraph 3 contains a conclusion of law as to which defendant Wang is not required to plead.

### THE PARTIES

5. Defendant Wang admits the allegations contained in Paragraph 5.

6. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6.

7. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7.

8. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8.

9. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9.

10. Defendant Wang admits the allegations contained in Paragraph 10.

11. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11.

## FACTUAL ALLEGATIONS

### The Case Management System

12. Defendant Wang denies the allegations contained in Paragraph 12.

13. Defendant Wang denies the allegations contained in Paragraph 13.

14. Defendant Wang denies the allegations contained in Paragraph 14.

15. Defendant Wang denies the allegations contained in Paragraph 15.

16. Defendant Wang denies the allegations contained in Paragraph 16 as stated.

17. Defendant Wang denies the allegations contained in Paragraph 17 as stated.

18. Defendant Wang denies the allegations contained in Paragraph 18 as stated.

19. Defendant Wang denies the allegations contained in Paragraph 19, except he admits that the plaintiffs have websites located at internet addresses "www.4structures.com" and "www.4structures-espanol.com".

20. Defendant Wang denies the allegations contained in Paragraph 20, except he admits that 4structures websites consists of a public user and private user interface.

21. Defendant Wang denies the allegations contained in Paragraph 21, except he admits that 4structures' websites contains some software programs that perform certain operations.

22. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22.

23. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23.

24. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24.

25. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25.

26. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26.

27. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27.

28. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28.

**Allegations as to Wrobleski**

29. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29.

30.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30.

31.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31.

32.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32.

33.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33.

34.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34.

35.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35.

36.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36.

37.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37.

38.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38.

39.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39.

40.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40.

41.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41.

42.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42.

43.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43.

44.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44.

45.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45.

46.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46.

47.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47.

48.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48.

49.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49.

50.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50.

51.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51.

52. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52.

53. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53.

54. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54.

55. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55.

56. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56.

57. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57.

58. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58.

59. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59.

60. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60.

61. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61.

62. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62.

63.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63.

64.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64.

65.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65.

66.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66.

67.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67.

**Allegations as to Wang**

68.     Defendant Wang admits the allegations contained in Paragraph 68.

69.     Defendant Wang admits the allegations contained in Paragraph 69.

70.     Defendant Wang denies the allegations contained in Paragraph 70, except that the Court is respectfully referred to the Beonsite Agreement for the terms and effect thereof.

71.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71.

72.     Defendant Wang denies the allegations contained in Paragraph 72.

73.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73.

74.     Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74.

75. Defendant Wang denies the allegations contained in Paragraph 75, except he admits that after he terminated his relationship with Beonsite, he expressed a willingness, under certain circumstances, to continue performing services for the plaintiffs.

76. Defendant Wang denies the allegations contained in Paragraph 76, except he admits that, based on various representations and agreements of the plaintiffs, he continued to perform services for the plaintiffs after his relationship with Beonsite ended.

77. Defendant Wang denies the allegations contained in Paragraph 77.

78. Defendant Wang admits the allegations contained in Paragraph 78.

79. Defendant Wang denies the allegations contained in Paragraph 79, except he admits that he performed software development services for the plaintiffs primarily from his home on his own equipment.

80. Defendant Wang denies the allegations contained in Paragraph 80.

81. Defendant Wang admits the allegations contained in Paragraph 81

82. Defendant Wang denies the allegations contained in Paragraph 82, except that he admits that a certain letter, dated August 8, 2002 was sent to him, and the Court is respectfully referred to the said letter for the terms and effect thereof.

83. Defendant Wang denies the allegations contained in Paragraph 83.

84. Defendant Wang denies the allegations contained in Paragraph 84.

85. Defendant Wang denies the allegations contained in Paragraph 85.

86. Defendant Wang denies the allegations contained in Paragraph 86.

87. Defendant Wang denies the allegations contained in Paragraph 87.

88. Defendant Wang denies the allegations contained in Paragraph 88.

89. Defendant Wang denies the allegations contained in Paragraph 89.

90. Defendant Wang denies the allegations contained in Paragraph 90.

91. Defendant Wang denies the allegations contained in Paragraph 91.

92. Defendant Wang admits the allegations contained in Paragraph 92.

93. Defendant Wang admits the allegations contained in Paragraph 93.

94. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94.

95. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95.

96. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96.

97. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97.

98. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98.

99. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99.

100. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100.

**Allegations common to both Wang and Wrobleski**

101. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101.

102. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102.

103. Defendant Wang denies the allegations contained in Paragraph 103.

104. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104.

105. Defendant Wang denies the allegations contained in Paragraph 105.

106. Defendant Wang denies the allegations contained in Paragraph 106.

107. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107.

108. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108.

109. Defendant Wang denies the allegations contained in Paragraph 109.

110. Defendant Wang denies the allegations contained in Paragraph 110.

111. Defendant Wang denies the allegations contained in Paragraph 111.


**First Through Twenty-First Counts** (*As to Defendant Wrobleski*)

112-233. Paragraphs 112 through 233 are directed solely towards defendant Wrobleski and, as a result, defendant Wang is not required to plead to those allegations.


**Twenty-Second Count:** (*Copyright Infringement as Wang 17 U.S.C §§ 101 et seq.*)

234. Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

236. Defendant Wang denies the allegations contained in Paragraph 236.

236. Defendant Wang denies the allegations contained in Paragraph 236.

237. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 237.

239. Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 239.

240. Defendant Wang denies the allegations contained in Paragraph 240.

241. Defendant Wang denies the allegations contained in Paragraph 241.

242. Defendant Wang denies the allegations contained in Paragraph 242.

243. Defendant Wang denies the allegations contained in Paragraph 243.

244. Defendant Wang denies the allegations contained in Paragraph 244.

245. Defendant Wang denies the allegations contained in Paragraph 245.

**Twenty-Third Count:** *(Breach of Contract – as to Wang)*

246. Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

247. Defendant Wang denies the allegations contained in Paragraph 247.

248. Defendant Wang denies the allegations contained in Paragraph 248.

249. Defendant Wang denies the allegations contained in Paragraph 249.

250. Defendant Wang denies the allegations contained in Paragraph 250.

251. Defendant Wang denies the allegations contained in Paragraph 251.

**Twenty-Fourth Count:** *(Breach of Consulting Agreement as to Wang)*

252.   Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

253.   Defendant Wang denies the allegations contained in Paragraph 253.

254.   Defendant Wang denies the allegations contained in Paragraph 254.

255.   Defendant Wang denies the allegations contained in Paragraph 255.

256.   Defendant Wang denies the allegations contained in Paragraph 256.

257.   Defendant Wang denies the allegations contained in Paragraph 257.

**Twenty-Fifth Count:** *(Computer Fraud and Abuse as to Wrobleski, 18 U.S.C. §§ 1030(a)(5)(B))*

258.   Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

259.   Defendant Wang denies the allegations contained in Paragraph 259.

260.   Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 260.

261.   Defendant Wang denies the allegations contained in Paragraph 261.

262.   Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 262.

263.   Defendant Wang denies the allegations contained in Paragraph 263.

264.   Defendant Wang denies the allegations contained in Paragraph 264.

265.   Defendant Wang denies the allegations contained in Paragraph 265.

266.   Defendant Wang denies the allegations contained in Paragraph 266.

**Twenty-Sixth Count:** *(Conn. Gen. Stat. §52-570b - Computer Related Offense as to Wang)*

267.   Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

268.   Defendant Wang denies the allegations contained in Paragraph 268.

269.   Defendant Wang denies the allegations contained in Paragraph 269.

270.   Defendant Wang denies the allegations contained in Paragraph 270.

271.   Defendant Wang denies the allegations contained in Paragraph 271.

**Twenty-Seventh Count:** *(Computer Fraud and Abuse as to Wang, 18 U.S.C. §§ 1030(a)(4), 1030(a)(5)(B), and 1030(a)(5)(C))*

272.   Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

286.   Defendant Wang denies the allegations contained in Paragraph 286.

287.   Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 287.

288.   Defendant Wang denies the allegations contained in Paragraph 288.

289.   Defendant Wang denies the allegations contained in Paragraph 289.

290.   Defendant Wang lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 290.

291.   Defendant Wang denies the allegations contained in Paragraph 291.

292.   Defendant Wang denies the allegations contained in Paragraph 292.

293.   Defendant Wang denies the allegations contained in Paragraph 293.

294.    Defendant Wang denies the allegations contained in Paragraph 294.

295.    Defendant Wang denies the allegations contained in Paragraph 295.

**Twenty-Eighth Count:** *(Conn. Gen. Stat. § 52-570b - Computer Related Offense as to Wang)*

296.    Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

297.    Defendant Wang denies the allegations contained in Paragraph 297.

298.    Defendant Wang denies the allegations contained in Paragraph 298.

299.    Defendant Wang denies the allegations contained in Paragraph 299.

300.    Defendant Wang denies the allegations contained in Paragraph 300.

301.    Defendant Wang denies the allegations contained in Paragraph 301.

302.    Defendant Wang denies the allegations contained in Paragraph 302.

303.    Defendant Wang denies the allegations contained in Paragraph 303.

**Twenty-Ninth Count:** *(Connecticut Uniform Trade Secret Act (CUTSA) as to Wang)*

304.    Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

305.    Defendant Wang denies the allegations contained in Paragraph 305.

306.    Defendant Wang denies the allegations contained in Paragraph 306.

307.    Defendant Wang denies the allegations contained in Paragraph 307.

308.    Defendant Wang denies the allegations contained in Paragraph 308.

309.    Defendant Wang denies the allegations contained in Paragraph 309.

310.    Defendant Wang denies the allegations contained in Paragraph 310.

311.   Defendant Wang denies the allegations contained in Paragraph 311.

312.   Defendant Wang denies the allegations contained in Paragraph 312.

313.   Defendant Wang denies the allegations contained in Paragraph 313.

**Thirtieth Count:** *(Unjust Enrichment as to Wang)*

314.   Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

315.   Defendant Wang denies the allegations contained in Paragraph 315.

316.   Defendant Wang denies the allegations contained in Paragraph 316.

317.   Defendant Wang denies the allegations contained in Paragraph 317.

**Thirty-First Count:** *(Violation of Conn. Gen. Stat. §42-110a, et seq. "CUPTA" as to Wang)*

318.   Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

319.   Defendant Wang denies the allegations contained in Paragraph 319.

320.   Defendant Wang denies the allegations contained in Paragraph 320.

321.   Defendant Wang denies the allegations contained in Paragraph 321.

**Thirty-Second Count:** *(Breach of Fiduciary Duties as to Wang)*

322.   Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

323.   Defendant Wang denies the allegations contained in Paragraph 323.

324.   Defendant Wang denies the allegations contained in Paragraph 324.

325. Defendant Wang denies the allegations contained in Paragraph 325.

326. Defendant Wang denies the allegations contained in Paragraph 326.

327. Defendant Wang denies the allegations contained in Paragraph 327.

328. Defendant Wang denies the allegations contained in Paragraph 328.

**Thirty-Third Count:** *(Negligent Misrepresentation as to Wang)*

329. Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

330. Defendant Wang denies the allegations contained in Paragraph 330.

331. Defendant Wang denies the allegations contained in Paragraph 331.

332. Defendant Wang denies the allegations contained in Paragraph 332.

**Thirty-Fourth Count:** *(Conn. Gen. Stat. § 52-564 Statutory Theft as to Wang)*

333. Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

334. Defendant Wang denies the allegations contained in Paragraph 334.

335. Defendant Wang denies the allegations contained in Paragraph 335.

336. Defendant Wang denies the allegations contained in Paragraph 336.

**Thirty-Fifth Count:** *(Conversion as to Wang)*

337. Defendant Wang repeats his responses to Paragraphs 1 through 111 as if set forth full herein.

338. Defendant Wang denies the allegations contained in Paragraph 338.