UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 10  3 29 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JOHN D. DARER and 4STRUCTURES.COM,
LLC d/b/a Summit Settlement Services,
          Plaintiffs

VS.

LING WANG AND MARY WROBLESKI,
          Defendants

CIVIL ACTION NO.
302 CV 1751 (MRK)

November 7, 2003

## MOTION FOR EXTENSION OF TIME TO PLEAD

Pursuant to Local Rule 9(b) of the United States District Court for the District of Connecticut, the Defendant, Ling Wang, respectfully moves this Court for an extension of time of thirty (5) days, up to and including November 12, 2003, in which to file a responsive to pleading to the Plaintiff's Amended Verified Complaint. The Defendant has been in active contact with the Plaintiff and Plaintiff's lawyer regarding the settlement. The Defendant requires additional time to file the response.

Plaintiff's counsel, Hayden Brainard, has no objection to the granting of this motion.