UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Discovery/Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Telephone (203) 773-2350

February 6, 2004

10:30 A.M.

*10:52*
*11:05*

CASE NO. **3:02CV1751** (MRK) **Darer v. Wrobleski, et al.**

| | |
|---|---|
| Mark R. Carta<br>Rucci, Burnham, Carta & Edelberg<br>30 Old Kings Highway South<br>P.O. Box 1107<br>Darien, CT 06820<br>203-899-3300<br>mcarta@rbce.com | 4Structures.Com LLC<br>John D. Darer |
| Steven M. Frederick<br>Wofsey, Rosen, Kweskin & Kuriansky<br>600 Summer St.<br>Stamford, CT 06901<br>203-327-2300<br>203-967-9273 (fax)<br>sfrederick@wrkk.com | Ling Wang<br>Mary Wrobleski |
| Ling Wang *phoned separately to convey conf*<br>17 Quarry Run<br>Wallingford, CT 06492 | Pro Se |
| Alberto N. Moris<br>Rucci, Burnham, Carta & Edelberg<br>30 Old Kings Highway South<br>P.O. Box 1107<br>Darien, CT 06820<br>203-899-3300<br>amoris@rbce.com | 4Structures.Com LLC<br>John D. Darer |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Discovery/Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Telephone (203) 773-2350

February 6, 2004

10:30 A.M.

*10:52*
*11:05*

CASE NO. **3:02CV1751** (MRK) **Darer v. Wrobleski, et al.**

| | |
|---|---|
| Mark R. Carta<br>Rucci, Burnham, Carta & Edelberg<br>30 Old Kings Highway South<br>P.O. Box 1107<br>Darien, CT 06820<br>203-899-3300<br>mcarta@rbce.com | 4Structures.Com LLC<br>John D. Darer |
| Steven M. Frederick<br>Wofsey, Rosen, Kweskin & Kuriansky<br>600 Summer St.<br>Stamford, CT 06901<br>203-327-2300<br>203-967-9273 (fax)<br>sfrederick@wrkk.com | Ling Wang<br>Mary Wrobleski |
| ✓Ling Wang *phoned separately to convey conf*<br>17 Quarry Run<br>Wallingford, CT 06492 | Pro Se |
| ✓Alberto N. Moris<br>Rucci, Burnham, Carta & Edelberg<br>30 Old Kings Highway South<br>P.O. Box 1107<br>Darien, CT 06820<br>203-899-3300<br>amoris@rbce.com | 4Structures.Com LLC<br>John D. Darer |

Daniel M. Young
Wofsey, Rosen, Kweskin & Kuriansky
600 Summer St., 7th Floor
Stamford, CT 06901
203-327-2300
203-967-9273 (fax)
dyoung@wrkk.com

Mary Wrobleski

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK