IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------x

JOHN D. DARER ET AL.          :     3:02 CV 1751 (MRK)

v.                            :

MARY WROBLESKI & LING WANG    :     DATE: FEBRUARY 9, 2004
------------------------------------------------x

## MEMORANDUM OF DISCOVERY CONFERENCE

Date of Conference:  February 6, 2004

Attorneys Present:   Alberto N. Moris, Esq.
                     (For Plaintiffs)(by telephone)

                     Daniel Young, Esq.
                     (For Defendant Wrobleski)(by telephone)

### DISCUSSIONS

Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, all fact discovery shall be completed **on or before April 2, 2004**, and all expert discovery shall be completed **on or before June 4, 2004**.

2. By further agreement of counsel, all motions for summary judgment shall be filed **on or before August 6, 2004**.

3. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 9th day of February, 2004.

            Joan Glazer Margolis
            United States Magistrate Judge

AO 72A
(Rev. 8/82)