IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       :
JOHN D. DARER ET AL.                                   :    3:02 CV 1751 (MRK)
                                                       :
v.                                                     :
                                                       :
                                                       :
MARY WROBLESKI & LING WANG                             :    DATE: FEBRUARY 11, 2004
-------------------------------------------------------x
```

RULING FOLLOWING *IN CAMERA* REVIEW

      The factual and procedural history behind this litigation is set forth in this Magistrate Judge's Ruling on Pending Discovery Motions, filed November 25, 2003 (Dkt. #46)["Prior Discovery Ruling"].  Under the latest scheduling order, all fact discovery is to be completed by April 2, 2004 and all expert discovery is to be completed by June 4, 2004.  (Dkt. #50).

      As set forth in the Prior Discovery Ruling (at 3), the Twelfth, Thirteenth and Fourteenth Counts of plaintiffs' Amended Verified Complaint allege that defendant Wrobleski intentionally misrepresented "her academic and professional credentials" to plaintiffs, who detrimentally relied upon such misrepresentations in engaging her as a software developer.  (Dkt. #31, at ¶¶ 190-91, 196-97 & 202).  With respect to plaintiffs' subpoenas upon defendant Wrobleski's four former employers – Hyperion Software Operations, Inc. ["Hyperion"], Sungard Treasury Systems, Inc. ["Sungard"], Isolve.com, Inc. ["Isolve"], and TIAA-CREF Investment Management, LLC ["TIAA"] -- about which defendant Wrobleski had somewhat incomplete recall at her deposition, defendant Wrobleski was ordered to obtain copies of her complete personnel files and submit them to the Magistrate Judge's Chambers for an *in camera* review.  (Prior Discovery Ruling at 3-5).   With the Court's permission, the records from these four employers were received by the Court on a piecemeal basis, from January 2, 2004 through January 28, 2004.  These complete personnel files have been filed under seal as Dkt. #52.

The Magistrate Judge has conducted a thorough *in camera* review of these four files. Defendant Wrobleski was employed by TIAA from June 1993 through March 1996 (at which time she was terminated), by Hyperion from December 1996 through July 1998 (at which time she was terminated), by Sungard from October 1998 through December 1999 (at which time she was terminated), and by Isolve from March 2000 through March 2001 (at which time she was terminated). Defendant Wrobleski is correct that the overwhelming majority of documents contained in these four files are personal in nature and need not be disclosed to plaintiffs. However, the limited documents pertaining to her terminations are directly relevant to the Twelfth, Thirteenth and Fourteenth Counts of plaintiffs' Amended Verified Complaint and should be disclosed. These documents have been photocopied and placed separately under seal as Dkt. #51.

Accordingly, defense counsel shall provide copies of the documents contained in Dkt. #51 to plaintiffs' counsel **on or before February 23, 2004**.[1]

This is not a Recommended Ruling but a Ruling on discovery, the standard of review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);** FED. R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the District of Connecticut; Small v. Secretary, H&HS, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second**

---

[1] Defense counsel shall contact the Magistrate Judge's Chambers to make appropriate arrangements.

**Circuit).**

Dated at New Haven, Connecticut, this 11th day of February, 2004.

```
            /s/
_____
Joan Glazer Margolis
United States Magistrate Judge
```