# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN D. DARER and | : | |
| 4STRUCTURES.COM, LLC d/b/a | : | NO. 3:02CV1751(MRK) |
| Summit Settlement Services | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| LING WANG and MARY WROBLESKI | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Court hereby sets the following trial schedule in this case:

_____1.    Trial will commence in this case at **9:00 a.m. on January 4, 2005 in Courtroom # 4**.

2.    A final pre-trial conference will be held at **1:30 p.m. on December 21, 2004** in Courtroom #4.

   **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

3.    The Parties' Joint Trial Memorandum (instructions are attached) is due **December 7, 2004**.

IT IS SO ORDERED.

/s/ _____Mark R. Kravitz_____
United States District Judge

Dated at New Haven, Connecticut: September 2, 2004.