UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN D. DARER and 4STRUCTURES.COM,
LLC d/b/a Summit Settlement Services,
        Plaintiffs

CIVIL ACTION NO. 302 CV 1751 MRK

V.

MARY WROBLESKI and LING WANG,
        Defendants
                                 /

## JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT TRIAL MEMORANDUM

      Plaintiffs, JOHN D. DARER and 4STRUCTURES.COM, LLC d/b/a Summit Settlement Services ("Plaintiffs") and Defendant, Mary Wrobleski, jointly, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. Rule 6(b), submit this Joint Motion for an Enlargement of Time and in support thereof states as follows:

      1.     On September 2, 2004, the Court issued an Order setting this Matter for Trial on January 4, 2005.

      2.     On November 8, 2004, the Parties attended a third and final Mediation in this Matter. At such Mediation, Plaintiffs entered into a Settlement Agreement with Defendant Ling Wang.

      3.     Plaintiffs' and Defendant Ling Wang have been negotiating the final terms of the Settlement Agreement between the Parties since such time. However, this had been delayed by the fact that Mr. Wang is representing himself *pro se*.

      4.     Plaintiffs have repeatedly recommended to Mr. Wang that Mr. Wang retain legal counsel to advise him throughout this process. Finally, as a result of said recommendations, yesterday, Mr. Wang advised the Plaintiffs that he is retaining legal counsel.

      5.     A Settlement Agreement between the Plaintiffs and Mr. Wang would entail the dismissal of sixteen (16) of the total thirty-seven (37) counts filed in this case.

302 CV 1751 MRK

  6. The outcome of these Settlement discussions would greatly alter the nature of this case, and the Parties Joint Trial Memorandum due in several days, to wit: December 7, 2004.

  7. In addition to the above, the undersigned have, in an effort to narrow the scope of this case and narrow the issues before this Court, agreed to the dismissal of seven (7) additional counts.

  8. The dismissal of these counts greatly narrows the scope and the issues before this Court.

  9. The undersigned are currently endeavoring to seek further agreements on the dismissal of additional counts so as to further narrow the scope and issues before this Court.

  10. In an effort to complete the Joint Trial Memorandum it became apparent between the undersigned that there were numerous disagreements with respect to the extent of the specificity required by the Joint Trial Memorandum. In this regard, Counsel for Defendant has prevailed upon Counsel for Plaintiffs to be more specific and detailed in our Joint Trial Memorandum, and both Parties have agreed to endeavor to successfully achieve this end.

  11. However, both undersigned Counsel have been required to attend other pending legal matters, including personal matters, that have delayed this process.

  12. Accordingly, this has necessitated the need for some additional time to successfully complete our Joint Trial Memorandum so that it is presented to the Court in the most useful manner possible. The undersigned jointly seek an enlargement of seven (7) days, up to and including December 14, 2004, to file the Joint Trial Memorandum.

  13. Although the undersigned respectfully recognize that such an enlargement may encroach upon the Court's preparation for trial, the parties are not requesting that the trial of this matter or the pretrial conference be delayed.

  14. The Pre-trial Conference in this matter is scheduled for December 21, 2004.

  15. This is the first request for an extension of time with respect to this time limitation,

302 CV 1751 MRK

16. Plaintiffs' counsel and defendant's counsel have consulted with each other with respect to this motion, and they have jointly agreed to seek the relief requested herein jointly, because of their mutual desire for additional time.

WHEREFORE, it is respectfully requested that the Court grant Plaintiffs' and Defendant's Joint Motion for an Enlargement of Time to File Joint Trial Memorandum.

Dated this 2nd day of December, 2004.

Respectfully submitted,

| DEFENDANT | PLAINTIFFS |
|---|---|
| **Mary Wrobleski** | **John D. Darer and 4STRUCTURES.COM, LLC d/b/a Summitt Settlement Services** |
| **By: DANIEL M. YOUNG, ESQ. (ct17188)** | **By: ALBERTO N. MORIS, ESQ.** |
| Wofsey, Rosen, Kweskin & Kuriansky, LLC | Rucci, Burnham, Carta & Edelberg, LLP 600 |
| Summer Street | 30 Old Kings Highway South |
| Stamford, Connecticut 06909 | Darien, Connecticut 06820 |
| Tel: (203) 327-2300 | Tel: (203) 899-3300 |
| Fax: (203) 967-9273 | Fax: (203) 655-7695 |
| e-mail: dyoung@wrkk.com | e-mail: amoris@rbce.com |

302 CV 1751 MRK

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Deposition has been sent on this 2nd day of February, 2003, via U.S. mail, to the following:

> Ling Wang
> 17 Quarry Run
> Wallingford, CT 06492