UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN D. DARER and 4STRUCTURES.COM,
LLC d/b/a Summit Settlement Services,
        Plaintiffs

CIVIL ACTION NO. 302 CV 1751 MRK

V.

MARY WROBLESKI,
        Defendant

## PLAINTIFFS' PROPOSED FINDINGS OF FACT

**1.    COUNT I - Copyright Infringement**

| Findings of Fact | Witnesses | Exhibits |
|---|---|---|
| (a) That Wrobleski allowed a competitor of Plaintiffs', Viren Patel, unauthorized access to Plaintiffs' Case Management System. | John Darer, Viren Patel, Mary Wrobleski, Dr. Benjamin Goldberg (Expert Witness) | 477, 525, 526, 528, 535, 640 656 |
| (b) That Wrobleski claimed ownership of Plaintiffs' Case Management System. | John Darer, Mary Wrobleski | 605, 607 - 638 |

302 CV 1751 MRK

| | | |
|---|---|---|
| c) That Wrobleski threatened to market or sell copies of Plaintiffs' Case Management System. | John Darer, Mary Wrobleski | 560 – 602, Same as 1(b) |
| d) That Wrobleski never returned Plaintiffs' Case Management System to Plaintiffs. | John Darer, Mary Wrobleski | 640 |
| e) That Wrobleski never deleted and/or destroyed all copies of the Case Management System before commencement of the present action. | John Darer, Mary Wrobleski | Same as 1(d) |

**2.    COUNT II – <u>Breach of Contract</u>**

| | | |
|---|---|---|
| (a) Same as 1(a) | Same as 1(a) | Same as 1(a) |
| (b) Same as 1(d) | Same as 1(d) | Same as 1(d) |
| (c) Same as 1(b) | Same as 1(b) | Same as 1(b) |
| (d) Same as 1(c) | Same as 1(c) | Same as 1(c) |

302 CV 1751 MRK

| | | |
|---|---|---|
| (e) That Wrobleski, without authorization, provided Wang with access to Plaintiffs' Case Management System after Wang was terminated by Plaintiffs. | John Darer, Mary Wrobleski, Ling Wang, Dr. Benjamin Goldberg (Expert) | 640 |
| (f) That Wrobleski, intentionally and without authorization, accessed Plaintiffs' computer system (server) and disabled Plaintiffs' website. | John Darer, Mary Wrobleski, Ling Wang Michael Brevoort, Dr. Benjamin Goldberg (Expert) | 605 – 622, 640 664 - 667 |
| (g) That Plaintiffs' have suffered damages as a result of Wrobleski's Breach | John Darer Dr. Richard Gering (Expert Witness) | 664 - 667 |

**3.     COUNT III     <u>Breach of Settlement Agreement</u>**

| | | |
|---|---|---|
| (a) Same as 1(a) | Same as 1(a) | Same as 1(a) |
| (b) Same as 2(c) | Same as 2(c) | Same as 2(c) |

3

302 CV 1751 MRK

| | | |
|---|---|---|
| (c) Same as 2(d) | Same as 2 (d) | Same as 2(d) |
| (d) That Plaintiffs have suffered Damages as a result of Wrobleski's Breach | John Darer<br>Dr. Richard Gering<br>(Expert Witness) | 664 - 667 |

4.  **COUNT IV – Dismissed by Agreement and Stipulation of the Parties**

5.  **COUNT V**  <u>**Computer Fraud and Abuse**</u>

| | | |
|---|---|---|
| (a) That Wrobleski intentionally and without authorization accessed Plaintiffs' computer system (server) and disabled Plaintiffs' website | John Darer,<br>Mary Wrobleski, Ling Wang<br>Michael Brevoort,<br>Dr. Benjamin Goldberg<br>(Expert) | 605 – 622, 640<br>664 - 667 |
| (b) That the disabling of the website resulted in a loss of at least $5,000. | John Darer, Breevort<br>Dr. Richard Gering<br>(Expert Witness) | Same as 5(a) |
| (c ) That Plaintiffs have suffered Damages as a result of Wrobleski's disabling of Plaintiffs' website | John Darer<br>John Darer, Breevort<br>Dr. Richard Gering | Same as 5(a) |

4

302 CV 1751 MRK

(Expert)

| | | |
|---|---|---|
| **6.  COUNT VI  <u>Computer Fraud and Abuse</u>** | | |
| (a) That Wrobleski intentionally and without authorization accessed Plaintiffs' computer system (server) and recklessly disabled Plaintiffs' website | John Darer, Mary Wrobleski, Ling Wang Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | Same as 5(a) |
| (b) That the reckless disabling of the website resulted in a loss of at least $5,000. | John Darer, Michael Brevoort Dr. Richard Gering (Expert Witness) | Same as 5(a) |
| (c) That Plaintiffs have suffered Damages as a result of Wrobleski's disabling of Plaintiffs' website. | John Darer, Michael Brevooort Dr. Richard Gering (Expert Witness) | Same as 5(c) |
| **7.  COUNT VII  <u>Computer Related Offense</u>** <u>**(Connecticut General Statutes§ 52-570 b)**</u> | | |
| (a) Same as 1(a) | Same as 1 (a) | Same as 1(a) |
| (b) That Wrobleski knew | John Darer, | 32 - 535 |

5

302 CV 1751 MRK

| | | |
|---|---|---|
| that giving Viren Patel such access was not authorized by Plaintiffs. | Mary Wrobleski, Ling Wang | |
| (c) That such access displayed to Viren Patel data residing in Plaintiffs' computer system. | John Darer, Viren Patel Mary Wrobleski, Ling Wang | 640 |
| (d) That such access to Patel disclosed private personal data. | John Darer, Viren Patel Mary Wrobleski, Goldberg Ling Wang, Michael Breevort | Same as 7(c) |
| (e) That Wrobleski intentionally and without authorization accessed Plaintiffs' computer system (server) and recklessly disabled Plaintiffs' website | John Darer, Mary Wrobleski, Ling Wang Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | Same as 6(a) |
| (f) That Plaintiffs' have suffered Damages as a result of Wrobleski's disabling of Plaintiffs' | John Darer, Breevort Dr. Richard Gering (Expert Witness) | Same as 6(c) |

6

302 CV 1751 MRK

Website.

| | | |
|---|---|---|
| (g) That Wrobleski's disabling of Plaintiffs' website was willful and malicious. | John Darer, Mary Wrobleski, Ling Wang, Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | Same as 7(f) |
| **8.  COUNT VIII      CUTSA** | | |
| (a) Same as 1(a) | Same as 1(a) | Same as 1(a) |
| (b) That such acts disclosed information to Viren Patel. | John Darer, Mary Wrobleski, Viren Patel, Ling Wang, Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | Same as 7(c) |
| (c) That such information contained a compilation. | John Darer, Mary Wrobleski, Viren Patel, Ling Wang, Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | Same as 8(b) 664 - 667 |
| (d) That such information | John Darer, Mary Wrobleski | Same as 8(c) |

7

302 CV 1751 MRK

| | | |
|---|---|---|
| contained a program. | Viren Patel, Ling Wang, Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | |
| (e) That such information contained a process. | John Darer, Mary Wrobleski, Viren Patel, Ling Wang, Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | Same as 8(d) |
| (f) That such information contained a customer list. | John Darer, Mary Wrobleski, Viren Patel, Ling Wang, Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | Same as 8(e) |
| (g) That Patel could obtain economic value from such disclosure of such information. | John Darer, Mary Wrobleski, Michael Brevoort, Viren Patel Dr. Benjamin Goldberg (Expert Witness) | Same as 8(f) |
| (h) That such information was not readily known to Virin Patel | John Darer, Virin Patel Michael Breevort Dr. Benjamin Goldberg | Same as 8(g) |

8

302 CV 1751 MRK

|  |  |  |
|---|---|---|
|  | (Expert) |  |
| (i) That such information was not readily ascertainable to Virin Patel through proper means | John Darer, Virin Patel Michael Breevort Dr. Benjamin Goldberg (Expert) | Same as 8(h) |
| (j) That Wrobleski had a duty to maintain the secrecy of such information or limit the use of such information. | John Darer, Mary Wrobleski, Ling Wang, Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | Same as 7(b) |
| (k) That Plaintiffs made reasonable efforts under the circumstances to maintain secrecy of such information. | John Darer, Mary Wrobleski, Ling Wang, Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | Same as 8(j) 644, 649, 650 |
| (l) That Wrobleski had a copy of the Case Management System at the time she was terminated. | John Darer, Mary Wrobleski, Ling Wang, Michael Breevort Dr. Benjamin Goldberg (Expert Witness) | 100 - 669 |
| (m) That Wrobleski did not return a copy of the Case Management System to Plaintiffs | John Darer, Mary Wrobleski, Ling Wang, Michael Brevoort, Dr. Benjamin Goldberg | Same as 1(d) |

9

| | | |
|---|---|---|
| after Plaintiffs terminated Wrobleski and demanded return of such copies. | (Expert Witness) | |
| (n) Same as 8(c-f) | Same as 8 (c-f) | Same as 8 (c-f) |
| (o) That the information contained in the Case Management System is of economic value to persons other than Plaintiffs. | John Darer, Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | Same as (g) |
| (p) That the economic value to persons other than Plaintiffs, of the information contained in the Case Management System is derived from such information not being generally known and not being readily ascertainable to such other persons. | John Darer, Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | Same as 8(g) |
| (q) That Plaintiffs made reasonable efforts under the | John Darer, Michael Brevoort, Dr. Benjamin Goldberg | Same as 8(j) |

302 CV 1751 MRK

| | | |
|---|---|---|
| circumstances to maintain the secrecy of the information contained in the Case Management System. | (Expert Witness) | |
| (r) That Wrobleski's failure to return all copies of the Case Management System after Plaintiffs terminated Wrobleski and demanded return of all copies of the Case Management System was willful and malicious. | John Darer, Mary Wrobleski | Same as 1(d) |

9.    **COUNT IX**    **Dismissed by Agreement and Stipulation of the Parties.**

10.   **COUNT X**    **CUTPA**

| | | |
|---|---|---|
| (a) Same as 8(a) | Same as 8(a) | Same as 8(a) |
| (b) Same as 5(a) | Same as 5(a) | Same as 5(a) |
| (c) That Wrobleski had a copy of the Case Management System at the time she was terminated. | John Darer, Mary Wrobleski, Ling Wang, Michael Brevoort, Dr. Benjamin Goldberg (Expert Witness) | 100 - 670 |

11

| | | |
|---|---|---|
| (d) Same as 8 (j) | Same as 8 (j) | Same as 8 (j) |
| (e) Same as 2(e) | Same as 2(e) | Same as 2(e) |
| (f) That each activity, (a)(b) (c), (d) and/or (e) independently or collectively is an unfair trade practice. | John Darer, Mary Wrobleski, | Same as 10(a) - (e) |
| (g) That Plaintiffs suffered damages as a result of the unfair Trade practices of Wrobleski | John Darer, Breevort, Dr. Richard Gering (Expert) | Same as 2(g) |

**11.   COUNT XI   Dismissed by Agreement and Stipulation of the Parties.**

**12.   COUNTY XII   <u>Intentional Misrepresentation</u>**

| | | |
|---|---|---|
| (a) That Wrobleski made false representations to Plaintiffs as to her academic and professional credentials. | John Darer, Mary Wrobleski, Dr. Benjamin Goldberg (Expert Witness) Greg Bush | All exhibits, separately and collectively support this claim |
| (b) That Plaintiffs relied on such | John Darer, Mary Wrobleski, | Same as 12(a) |

12

| | | |
|---|---|---|
| misrepresentations and as a result engaged Wrobleski's services as a software developer. | | |
| (c) That Plaintiffs suffered damagess a result of such detrimental reliance. | John Darer, Mary Wrobleski, Dr. Benjamin Goldberg Dr. Richard Gering | 641 - 667 |

**13.   COUNT XIII   <u>Intentional Mispresentation</u>**

| | | |
|---|---|---|
| (a) Same as 12 (a) | Same as 12 (a) | Same as 12(a) |
| (b) That Plaintiffs relied on such misrepresentations and upon Wrobleski's recommendation engaged Bush to provide software development services to Plaintiffs. | John Darer, Mary Wrobleski, Gregory Bush | Same as 12(b) |
| (c) That Plaintiffs suffered damages as a result of such detrimental reliance. | John Darer, Dr. Richard Gering (Expert Witness) | Same as 12(c) |

**14.   COUNT XIV   Dismissed by Agreement and Stipulation of the Parties.**

**15.   COUNT XV   <u>Intentional Misrepresentation</u>**

13

| | | |
|---|---|---|
| (a)  That Wrobleski submitted false invoices for work never performed. | John Darer, Mary Wrobleski, Ling Wang. | 60 – 667 |
| b)  That Plaintiffs paid such invoices for work never performed. | John Darer | 641, 642, 664 - 667 |
| c)  That Plaintiffs were damaged as a result of such payment of such invoices. | John Darer  Richard Gering (Expert Witness) | 641, 642, 664 - 667 |

**16.     COUNT XVI   Dismissed by Agreement and Stipulation of the Parties.**

**17.     COUNT XVII   Dismissed by Agreement and Stipulation of the Parties.**

**18.     COUNT XVIII   Dismissed by Agreement and Stipulation of the Parties.**

**19.     COUNT XIX   Dismissed by Agreement and Stipulation of the Parties.**

**20.     COUNT XX    Dismissed by Agreement and Stipulation of the Parties.**

**21.     COUNT XXI <u>Tortious Interference with Advantageous Business Relationship.</u>**

302 CV 1751 MRK

| | | |
|---|---|---|
| (a)  That Plaintiffs had an advantageous business relationship with Wang. | John Darer, Mary Wrobleski, Ling Wang | 100 - 667 |
| (b)  That Wrobleski knew the existence of said advantageous business relationship with Wang. | John Darer, Mary Wrobleski, Ling Wang | 100 - 667 |
| (c )  That Wrobleski intentionally interfered in Plaintiffs' advantageous business relationship with Wang. | John Darer, Mary Wrobleski, Ling Wang | 100 - 667 |
| (d)  That such intentional interference  by Wrobleski damaged such advantageous business relationship. | John Darer, Mary Wrobleski, Ling Wang | 100 - 667 |
| (e)  That Plaintiffs suffered damages as a result of the loss or damage of such advantageous business relationship. | John Darer, Michael Brevoort, Dr. Richard Gering (Expert Witness) | 641, 642, 664 - 667 |