**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN DARER,<br>4 STRUCTURES.COM, LLC d/b/a<br>SUMMIT SETTLEMENT SERVICES,<br><br>    Plaintiffs,<br>v.<br><br>MARY WROBLESKI ,<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>302 CV 1751 (MRK)<br><br><br><br><br>DECEMBER 14 , 2004 |

# EXHIBIT B

## DEFENDANT'S EXHIBIT LIST

In addition to the following, defendant Mary Wrobleski also may rely upon the plaintiffs' exhibits and any other proposed exhibits listed by the plaintiffs in their initial draft exhibit list, dated "November __ 2004." Because of the Plaintiffs' recent significant amendment to their draft exhibit list, Defendant's counsel has not yet had an opportunity to review the Plaintiffs' revised exhibit list so as to ensure that all documents she might rely upon still are included in the final version of Plaintiffs' recently revised exhibit list.

| PRESIDING JUDGE<br>THE HONORABLE JUDGE<br>MARK R. KRAVITZ | PLAINTIFF'S ATTORNEY<br>Alberto N. Moris<br>Hayden R. Brainard | DEFENDANT'S ATTORNEY<br>Steven M. Frederick<br>Dan Young |
|---|---|---|
| TRIAL DATE(S): Two week trial period commencing January 5, 2004<br>TRIAL CALENDAR COMMENCING: | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DATE<br>OFFERED | MARKED | OBJECTIONS | Admitted<br>EXH. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | August 6, 2001 First Amended Complaint - <u>John Darer v. Fresh Baked Studios, Inc.</u> |
| 2 | | | | | October 1, 2001 – Complaint <u>John Darer v. Gregory Bush</u> |
| 3 | | | | | November 13, 2001 – Complaint <u>Darer et al v. Mehrotra. et al</u> |

Objections:
H – Hearsay
R - Relevance
I - Inadmissible Material
A - Authenticity
P – Privileged
UP - Unduly Prejudicial

| # | | | | | Description |
|---|---|---|---|---|---|
| 4 | | | I-Rule 408, R | | November 11, 2002 – Letter and attachments from Hayden Brainard to Steven Frederick – PO16xx- P1709 and revised invoices |
| 5 | | | | | Plaintiffs' "Detailed Information Regarding Claims for Damages" Defendant's Ex-4 – 6/25/03. |
| 6 | | | | | May 2002 to July 2002 – Ling Wang Invoices |
| 7 | | | | | August 2002 – Ling Wang Invoice |
| 8 | | | | | March 2002 to August 2002 - Mary Wrobleski Invoices |
| 9 | | | | | August 22, 2002 – Letter from Hayden Brainard to Ling Wang |
| 10 | | | | | Year 2000 – Year 2002 John Darer – Form 1040s |
| 11 | | | | | Dated May 16, 2002 - Draft "4Structures Work Made for Hire Agreement" for MRW Consulting and cover e-mail from Hayden Brainard to Steven Frederick, P01545-P01544 |
| 12 | | | | | Dated May 16, 2002 – Draft "4Structures Work Made for Hire Agreement" for Ling Wang and Cover e-mail from Hayden Brainard to Steven Frederick - P01545 – P01544 |
| 13 | | | | | August 9, 2002 – Letter from Hayden Brainard to Ling Wang – P01565-P01566 |
| 14 | | | | | August 23, 2002 – Hayden Brainard e-mail to Steven Frederick – with draft "Work Made for Hire Agreements" for Ling Wang and Mary Wrobleski – P01570 – P01606 |
| 15 | | | | | September 3, 2002 – E-mail exchange between Hayden Brainard and Steven Frederick |
| 16 | | | | | September 6, 2002 – E-mail exchange between Hayden Brainard and Steven Frederick |
| 17 | | | | | October 1, 2002 – Letter from Steven Frederick to Hayden Brainard – P01711 |

Objections:
H – Hearsay
R - Relevance
I - Inadmissible Material
A - Authenticity
P – Privileged
UP - Unduly Prejudicial

| 18 | | | | | September 5, 2002 - Letter from Hayden Brainard to Steven Frederick – P001715 – P001717 |
| --- | --- | --- | --- | --- | --- |
| 19 | | | | | October 4, 2002 – E-mail from Mary Wrobleski to John Darer – P00600 |
| 20 | | | | | August 31, 2002 – E-mail from John Darer to Mary Wrobleski – P00570 |
| 21 | | | | | April 9, 2002 – E-mail from Mary Wrobleski to John Darer – P00221 – P00222 |
| 22 | | | | | 4Structures Investigation Notes, PE0016-PE0021 |
| 23 | | | | | August 29, 2002 – E-mail from Mike Brevoort to John Darer – PE0062 |
| 24 | | | I-Rule 408, R | | Settlement Agreement between John Darer and Gregory Bush |
| 25 | | | | | Settlement Agreement between John Darer et al and Smartspares et al. |
| 26 | | | | | June 3, 2002 – E-mail from Mary Wrobleski to Viren Patel, - Patel Exhibit 15 |
| 27 | | | | | July 2, 2002 – E-mail from Mary Wrobleski to Viren Patel – Patel Exhibit 16 |
| 28 | | | | | July 3, 2002 – E-mail from Mary Wrobleski to Viren Patel – Patel Exhibit 18 |
| 29 | | | I-Rule 408, R | | July 8, 2003 – Letter from Steven Frederick to Albert Moris |
| 30 | | | | | November 30, 2004 – Printout of 4Structures.com webpages from 11/30/04 |
| 31 | | | | | November 30,2004 – Printout of Goldenwebawards.com webpage from 11/30/04 |

Objections:
H – Hearsay
R - Relevance
I - Inadmissible Material
A - Authenticity
P – Privileged
UP - Unduly Prejudicial


| | | | | | |
|---|---|---|---|---|---|
| 32 | | | | | October 8, 2002 – Transcript of Telephone Status Conference |
| 33 | | | | | Plaintiffs' Response to Defendant's Supplemental Set of Interrogatories |
| 34 | | | | | Plaintiffs' Initial Mandatory Disclosures |
| 35 | | | | | February 27, 2002 – Letter from Hayden Brainard to Brain Moran stamped 2000-2003 |
| 36 | | | | | February 20, 2002 – E-mail from Hayden Brainard to Mary Wrobleski – stamped 2007-08 |
| 37 | | | | | February 21, 2002 – E-mail from Hayden Brainard to Mary Wrobleski stamped 2010-2015 |
| 38 | | | | | April 4, 2002 – E-mail from Jim Slavin to John Darer – P01733-P01734 |
| 39 | | | | | April 25, 2002 – E-mail from Jim Slavin to Hayden Brainard – P01744 |
| 40 | | | | | Legal bills or other accounting information from Wofsey, Rosen to Mary Wrobleski – NOT YET PRODUCED |
| 41 | | | | | Contract between Fresh Baked Studios and John Darer for website development |
| 42 | | | | | 4Structures Powerpoint Demonstration, 01194-01241 |
| 43 | | | I-Rule 408, R | | Settlement Agreement between Ling Wang and the Plaintiffs |
| 44 | | | | | August 30, 2002 – instant message exchange, incorporated in e-mail from 8/30/02, P00517-P00523 |

Objections:
H – Hearsay
R - Relevance
I - Inadmissible Material
A - Authenticity
P – Privileged
UP - Unduly Prejudicial