UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN D. DARER, 4STRUCTURES.COM, LLC d/b/a SUMMIT SETTLEMENT SERVICES, | : CASE NO. 302 CV 1751 (MRK) : : |
| Plaintiffs, | : : : |
| v. | : : : |
| MARY WROBLESKI and LING WANG, | : : : |
| Defendants. | : DECEMBER 15, 2004 |

## MOTION FOR LEAVE TO AMEND ANSWER

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Defendant Mary Wrobleski moves for leave to amend her answer to the Plaintiffs' operative complaint. Ms. Wrobleski seeks to amend her Answer to Amended Complaint, Affirmative Defenses and Counterclaim, dated September 4, 2003, in order to plead the affirmative defense of statute of limitations with respect to the twelfth and thirteenth counts of the Plaintiffs' Amended Verified Complaint, dated August 29, 2003. This is Ms. Wrobleski's first motion for leave to amend this pleading. The Plaintiffs object to this motion.

For the reasons set forth in her supporting memorandum of law, Ms. Wrobleski respectfully requests that the Court grant this motion.

THE DEFENDANT,
MARY WROBLESKI

By_____
Daniel M. Young (ct17188)
WOFSEY, ROSEN, KWESKIN
    & KURIANSKY, LLP
600 Summer Street
Stamford, Connecticut 06901
Telephone: (203) 327-2300
Facsimile: (203) 967-9273
E-mail:  dyoung@wrkk.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed this 15th day of December 2004 to:

Alberto Moris, Esq.
Hayden Brainard, Esq.
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South
Darien, CT   06820

                                              _____
                                                  Daniel M. Young