UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN D. DARER and<br>4STRUCTURES.COM, LLC d/b/a<br>Summit Settlement Services<br><br>    Plaintiffs,<br><br>v.<br><br>LING WANG and MARY WROBLESKI<br><br>    Defendants. | :<br>:  NO. 3:02CV1751(MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## RULING AND ORDER

The Court hereby GRANTS Defendant Mary Wrobleski's Motion to Amend Answer [**doc. #66**] for good cause shown and in the absence of any demonstration of prejudice by the Plaintiffs. *See Anthony v. City of New York,* 339 F.3d 129, 138 n.5 (2d Cir. 2003) ("Rule 15(a) provides that leave to amend 'shall be freely given when justice so requires,' and we have interpreted this instruction in favor of allowing the amendment absent a showing by the non-moving party of bad faith or undue prejudice.") (citations omitted).

IT IS SO ORDERED.

/s/  Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: December 29, 2004.