UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JOHN D. DARER, 4STRUCTURES.COM,**
LLC d/b/a Summit Settlement Services,

        **Plaintiffs**

                              CASE NO. 302CV 1751 (MRK)

**VS.**

**LING WANG AND MARY WROBLESKI,**

        **Defendants**                DECEMBER 30, 2004

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, pursuant to Local Rules of Civil Procedures 83.1(d), hereby moves the Court for an order admitting Hayden R. Brainard ("Brainard") to appear before this Court *pro hac vice* and represent the Plaintiffs, John D. Darer and 4Structures.com, LLC d/b/a Summit Settlement Services in the above-captioned civil action, and respectfully swears as following:

1. Brainard is a member of the law firm of Rucci, Burnham, Carta & Edelberg, LLP, located at 30 Old Kings Highway South, Darien, Connecticut 06820. Brainard's telephone and facsimile transmission numbers are (203) 899-3300 and (203) 655-4302 respectively and his email address is hbrainard@rbce.com.

2. Upon information and belief, Brainard is a member in good standing of the Bar(s) of the State of Connecticut and the State of New York.

3. Upon information and belief, Brainard has not been denied admission or disciplined by this Court or any other court.

4. Upon information and belief, Brainard has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5. Upon information and belief, this law firm, particularly Brainard, has represented the Plaintiffs for approximately three and one half years and Brainard has been involved in every aspect of this action.

6. Upon information and belief, because Brainard has represented and advised the Plaintiffs in connection with

their respective corporate and intellectual property matters, he is particularly familiar with the facts of this case.

7. Granting the accompanying motion for Brainard's Admission Pro Hac Vice to represent the Plaintiffs before this Court will not require modification of any scheduling order or deadlines established by Standing Order of this Court.

8. Granting the accompanying motion for Brainard's Admission Pro Hac Vice to represent the Plaintiffs before this Court will not prejudice the Defendant as Brainard has been involved in all aspects of this lawsuit. Brainard has dealt with Defendant's counsel throughout this action, and Defendants were aware that Brainard was listed as co-trial counsel.

9. Plaintiffs would be extremely prejudiced if Brainard were not permitted to assist as co-trial counsel.

10. Brainard is preparing a formal Application for admission to practice before this Court and will promptly file it once it is complete.

11. An Affidavit executed by Brainard in support of this Motion is attached and incorporated herein as Exhibit A.

12. Service of all papers shall also be made upon Mark R. Carta, Esq. of Rucci, Burnham, Carta & Edelberg, LLP, 30 Old Kings Highway South, Post Office Box 1107, Darien, Connecticut 06820.

**WHEREFORE,** the undersigned respectfully request that the relief requested herein be granted.

                            **JOHN D. DARER and 4STRUCTURES.COM, LLC d/b/a Summit Settlement Services**

        **BY:** _____
                **Mark R. Carta, Esq. (ct 06645)**
                **RUCCI, BURNHAM, CARTA & EDELBERG, LLP**
                **30 Old Kings Highway South**
                **Post Office Box 1107**
                **Darien, Connecticut 06820**
                **(203) 899-3300 /** mcarta@rbce.com

**Of Counsel:**

**Hayden R. Brainard**
**Rucci, Burnham, Carta & Edelberg, LLP**
**30 Old Kings Highway South**
**Post Office Box 1107**
**Darien, Connecticut 06820**
**Telephone: (203) 899-3300**
**Facsimile: (203) 655-4302**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**JOHN D. DARER, 4STRUCTURES.COM,**
**LLC d/b/a Summit Settlement Services,**

        **Plaintiffs**

                                        **CASE NO. 302CV 1751 (MRK)**

**VS.**

**LING WANG AND MARY WROBLESKI,**

        **Defendants**

# ORDER GRANTING
# MOTION FOR ADMISSION PRO HAC VICE

The foregoing Motion for Admission Pro Hac Vice having come before this Court, it is hereby

**ORDERED** that Hayden R. Brainard is authorized to appear before this Court *pro hac vice* and represent the Plaintiffs, John D. Darer and 4Structures.com, LLC d/b/a Summit Settlement Services, in the above-captioned civil action.

Dated at New Haven, Connecticut this ___ day of January, 2005.

                                        _____
                                                                **, Judge**
                                   **United States District Court**