UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JOHN D. DARER, 4STRUCTURES.COM,**
LLC d/b/a Summit Settlement Services,

        **Plaintiffs**

                                CASE NO. 302CV 1751 (MRK)

VS.

**LING WANG AND MARY WROBLESKI,**

        Defendants                  DECEMBER 30, 2004

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

    I, Hayden R. Brainard, being duly sworn, hereby depose and say:

    1.   That I am over the age of majority and believe in the obligations of an oath.

    2.   I am a member of the law firm of Rucci, Burnham, Carta & Edelberg, LLP, located at 30 Old Kings Highway South, Darien, Connecticut 06820, my telephone and facsimile transmission numbers are (203) 899-3300 and (203) 655-4302 respectively, and my email address is hbrainard@rbce.com.

3. I am a member in good standing of the Bar(s) of the State of Connecticut and the State of New York.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6. I have represented the Plaintiffs for approximately three and one half years and have been involved in every aspect of this action.

7. Because I represent and advise the Plaintiffs in connection with their respective corporate and intellectual property matters, I am particularly familiar with the facts of this case.

8. Granting the accompanying motion for my Admission Pro Hac Vice to represent the Plaintiffs before this Court will not require modification of any scheduling order or deadlines established by Standing Order of this Court.

9. Granting the accompanying motion for my Admission Pro Hac Vice to represent the Plaintiffs before this Court will not prejudice the Defendant as I have been involved in

all aspects of this lawsuit. I have dealt with Defendant's counsel throughout this action, and Defendants were aware that I was listed as co-trial counsel.

10. Plaintiffs would be extremely prejudiced if I were not permitted to assist as co-trial counsel

11. I am preparing a formal Application for admission to practice before this Court and will promptly file it once it is complete.

Dated at Darien, Connecticut this 30th day of December, 2004.

_____
**HAYDEN R. BRAINARD, Affiant**

Subscribed and sworn to before me this 30th day of December, 2004.

_____
**Notary Public
My Commission Expires On:**