SOPIAD

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN D. DARER, 4STRUCTURES.COM, LLC<br>d/b/a SUMMIT SETTLEMENT SERVICES, | : CASE NO. 302 CV 1751 (MRK) |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| MARY WROBLESKI and LING WANG, | : |
| | : |
| Defendants. | : JANUARY 4, 2005 |

*(stamp: U.S. DISTRICT COURT NEW HAVEN CT  2005 JAN -6  P 2: 03)*

### STIPULATION OF PERMANENT INJUNCTION AND DISMISSAL

WHEREAS the Plaintiffs John D. Darer and 4Structures.com, LLC d/b/a Summit

Settlement Services (the "Plaintiffs") commenced the above captioned action against Mary

Wrobleski ("Wrobleski") on or about October 2, 2002; and

WHEREAS Wrobleski thereafter asserted counterclaims against the Plaintiffs; and

WHEREAS the Court (Arterton, J.) previously "So Ordered" a Stipulated Temporary

Restraining Order, on or about October 24, 2002; and

WHEREAS the Plaintiffs and Wrobleski desire to resolve fully and finally all disputes

between them, and they have executed a Settlement Agreement and General Release, which

provides for the entry of this stipulation;

IT IS HEREBY STIPULATED, AGREED, AND ORDERED BY THE COURT THAT:

1.      The Stipulated Temporary Restraining Order dated October 24, 2002 is hereby

vacated and shall be of no further force and effect;

2.      Wrobleski is hereby permanently enjoined from disseminating, publishing,

transmitting, distributing, displaying, uploading, downloading, offering, selling or otherwise

making available any copies of the Plaintiffs' software and/or website, as it existed on August 22,

2002, including all source code and object code created by either Wrobleski or Ling Wang on

behalf of the Plaintiffs, or from assisting, aiding or abetting any other person or business entity

from engaging in or performing any of the above described act;

3.    With the exception of the preceding paragraph, which shall constitute the sole and exclusive relief afforded pursuant to the First Count of the Plaintiffs' Amended Verified Complaint, dated August 29, 2003, all other claims and counterclaims of the parties are hereby dismissed with prejudice, without costs, and with each party bearing its, his or her own attorneys' fees, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

THE PLAINTIFFS
JOHN D. DARER &
4STRUCTURES.COM, LLC.
d/b/a SUMMIT SETTLEMENT SERVICES

By _____
Alberto N. Moris (ct23979)
RUCCI, BURNHAM, CARTA
    & EDELBERG, LLP
30 Old Kings Highway South
Darien, Connecticut 06820
Telephone: (203) 899-3333
Facsimile: (203) 655-7695
E-mail: amoris@rbce.com

THE DEFENDANT,
MARY WROBLESKI

By _____
Daniel M. Young (ct17788)
WOFSEY, ROSEN, KWESKIN
    & KURIANSKY, LLP
600 Summer Street
Stamford, Connecticut 06901
Telephone: (203) 327-2300
Facsimile: (203) 967-9273
E-mail: dyoung@wrkk.com

**SO ORDERED.**

By:_____
    MARK R. KRAVITZ
    United States District Court Judge

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by U.S. mail this 5th day of

January 2005 to:


Alberto Moris, Esq.
Hayden Brainard, Esq.
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South
Darien, CT   06820


_____
Daniel M. Young

3